IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCATION, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2007-CIBC19, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-CIBC19,<br>*Plaintiff*<br><br>v.<br><br>CHETTY LIMITED PARTNERSHIP<br>*Defendant* | CIVIL ACTION<br><br>NO. 17-5127 |

# O R D E R

**AND NOW,** this 10th day of September 2018, upon consideration of Plaintiff's *motion for summary judgment*, [ECF 19], Defendant's opposition thereto, [ECF 21], and Plaintiff's reply, [ECF 26], it is hereby **ORDERED** that Plaintiff's motion is **GRANTED** and **JUDMENT IN MORTGAGE FORCLOSURE** is entered in favor of Plaintiff and against Defendant and the mortgaged property in the amount of $4,528,586.55, together with additional interest, fees and expenses from April 1, 2018, to the date of any Marshal's or other judicial sale of the property, less credit to Defendant for any and all payments made on the loan since March 30, 2018.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*